# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00520-CV

**In re James Lee Cinnamon**

## ORIGINAL PROCEEDING FROM CONCHO COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied.  *See* Tex. R. App. P. 52.8(a).

_____

David Puryear, Justice

Before Chief Justice Law, Justices Puryear and Pemberton

Filed:   September 27, 2007